## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **MARCUS DEON JOHNSON,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:06-CV-766-K** |
| | ) | **ECF** |
| **SHERIFF LUPE VALDEZ, ET AL.,** | ) | |
| **Defendants.** | ) | |

## ORDER ADOPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, the Court finds that the findings, conclusions, and recommendation of the United States Magistrate Judge on the motion to dismiss defendant Lupe Valdez (doc. 39) are correct and are adopted as the findings and conclusions of the Court. Accordingly, the motion to dismiss of defendant Lupe Valdez (doc. 39) is granted, and Plaintiff's claims against Lupe Valdez are dismissed with prejudice.

SO ORDERED.

Signed this 24th day of July, 2007.

_Ed Kinkeade_

ED KINKEADE
UNITED STATES DISTRICT JUDGE