## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

MARCUS DEON JOHNSON,

          Plaintiff,

vs.

THOMAS JACOBSON, et al.

          Defendant.

)
)
)
)
)
)
)
)

No. 3:06-CV-0766-H
ECF

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Defendants' Objections to the Magistrate Judge's Findings, Conclusions and Recommendations, filed on April 16, 2008, are hereby **OVERRULED.**

SO ORDERED.

**SIGNED this 28ᵗʰ day of April, 2008.**


_Ed Kinkeade_____

**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**