IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARCUS DEON JOHNSON,  ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | No. 3:06-CV-0766-K |
| ) | |
| ANDRE EVANS, ET AL.,  ) | |
| Defendants.  ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

It is therefore ORDERED that Plaintiff's motion for extension of time to file his notice of appeal is GRANTED. Plaintiff's notice of appeal filed on September 16, 2009, is hereby deemed timely filed.

SO ORDERED.

Signed this 1st day of October, 2009.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE